No. 77–1523.  MILLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–1533.  WILLIAMS ET VIR v. CALIFANO, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 77–1538.  ABRAHAMS, AKA CARR v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 77–1539.  EASTON v. UNITED STATES;
No. 77–1770.  HOCKRIDGE v. UNITED STATES; and
No. 77–6908.  PETRI v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 573 F. 2d 752.

No. 77–1542.  MAGGY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1550.  RECREATIONAL PRODUCTS MARKETING, INC. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–1551.  NATIONAL COMMISSION ON EGG NUTRITION ET AL. v. FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 77–1552.  WEIDMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–1559.  UNION MUTUAL LIFE INSURANCE Co. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 77–1562.  DRESSER INDUSTRIES, INC. v. BONHAM. C. A. 3d Cir. Certiorari denied.

No. 77–1565.  AETNA CASUALTY & SURETY Co. ET AL. v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.